AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **09-60295** |
| TIMOTHY HUFF | ) | **CR-MIDDLEBROOKS** |
| Defendants. | ) | |

## ARREST WARRANT

MAGISTRATE JOHNSON

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   TIMOTHY HUFF ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy in violation of 18 U.S.C. § 1349, Failure of Corporate Officer to Certify Financial Records in violation of 18 U.S.C. § 1350(c)(1) and 2, Securities Fraud in violation of 18 U.S.C. § 1348 and 2, Wire Fraud in violation of 18 U.S.C. § 1343 and 2, Lying to Accountants in violation of 15 U.S.C. § 78m(b)(2)(B) and 78ff, 17 C.F.R. § 240.13b2-2 and 18 U.S.C. § 2, Obstruct and Impede the Due Administration of the Internal Revenue Service in violation of 26 U.S.C. § 7212(a).

FILED by _____ D.C.

DEC - 7 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Date:  10/29/2009

*Issuing officer's signature*

City and state:   FORT LAUDERDALE, FLORIDA

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

### Return

This warrant was received on *(date)*  11/02/2009 , and the person was arrested on *(date)*  11/06/2009
at *(city and state)*   West Palm Beach, FL .

Date:  11/19/2009

*Arresting officer's signature*

**Patti Clarke, ASDUSM**
*Printed name and title*

1799774
1004-1102-0417-J